ORDERED.

Dated: March 08, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| CATHERINE ECKLEY BENTLEY, ) | Case No. 6:17-bk-00294-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| SUSAN KOLB, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:17-ap-00119-KSJ |
| ) | |
| CATHERINE ECKLEY BENTLEY, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER GRANTING MOTION TO EXTEND TIME</u>**

This adversary proceeding came before the Court on March 6, 2018, to consider various matters. Defendant filed a Motion to Extend Time to Take Deposition of Medical Expert Concerning Debtor's Mental Capacity (Doc. No. 35) (the "Motion"). After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. The Motion (Doc. No. 35) is **GRANTED.**

2. Defendant may take Dr. Springer's deposition on **April 3, 2018 at 2:00 p.m.**

###

Attorney, Anna Handy, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.