ORDERED.

**Dated: April 09, 2018**

/s/ Karen S. Jennemann
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CATHERINE ECKLEY BENTLEY, | ) | Case No. 6:17-bk-00294-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| SUSAN KOLB, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 6:17-ap-00047-KSJ |
| | ) | |
| CATHERINE ECKLEY BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ROBERT E. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Adversary No. 6:17-ap-00048-KSJ |
| CATHERINE ECKLEY BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SUSAN KOLB, M.D., | ) | |

|  | Plaintiff, | ) |  |
|---|---|---|---|
| vs. |  | ) |  |
|  |  | ) | Adversary No. 6:17-ap-00119-KSJ |
| CATHERINE ECKLEY BENTLEY, |  | ) |  |
|  |  | ) |  |
|  | Defendant. | ) |  |

### **ORDER GRANTING DEBTOR'S MOTION TO CONTINUE TRIAL**

This case came on for hearing on April 9, 2018, for a pretrial conference. After reviewing the pleadings and considering the position of all parties in interest, it is

**ORDERED**:

1. Order Abating Motion to Reschedule Hearing (Doc. No. 43) is **VACATED.**

2. Debtor's Motion to Continue Trial (Doc. No. 42) is **GRANTED.**

3. A pretrial conference is scheduled for **2:00 p.m. on June 12, 2018,** at the United States Bankruptcy Court, Sixth Floor, Courtroom A, 400 West Washington Street, Orlando, Florida  32801.

4. Trial is scheduled for **10:00 a.m. on August 2, 2018 – August 3, 2018,** at the United States Bankruptcy Court, Sixth Floor, Courtroom A, 400 West Washington Street, Orlando, Florida  32801.

### ###

The Clerk is directed to serve a copy of this order on all interested