UNITED STATES BANKRUPTCY COURT
GEORGE C. YOUNG FEDERAL COURTHOUSE
400 WEST WASHINGTON STREET, SUITE 5100
ORLANDO, FL 32801

In re:

CATHERINE ECKLEY BENTLEY,
Debtor.

Case No. 6:17-bk-00294-KSJ
Chapter 7

_____

SUSAN KOLB, M.D.,
Plaintiff,

Adv. No. 6:17-ap-00047-KSJ

v.

CATHERINE ECKLEY BENTLEY,
Defendant.

_____

ROBERT E. THOMAS,
Plaintiff,

Adv. No. 6:17-ap-00048-KSJ

v.

CATHERINE ECKLEY BENTLEY,
Defendant.

_____

SUSAN KOLB, M.D.,
Plaintiff,

Adv. No. 6:17-ap-00119-KSJ

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____/

### DEBTOR'S NOTICE OF SELF-AUTHENTICATING DOCUMENTS

COMES NOW the Defendant/Debtor, CATHERINE ECKLEY BENTLEY, by and through the undersigned attorney, and gives notice that at trial Defendant/Debtor intends to introduce into evidence under Fed. R. Evid. 902 the following self-authenticated documents:

(A) Medical Records from Florida Health Care Plans, 1340 Ridgewood Avenue, Holly Hill, FL 32117;

(B) Order Determining Total Incapacity;

(C) Order Appointing Plenary Guardian of Person and Property;

(D) Report of Member of Examining Committee (Dr. Janet Boes, Ph.D/Gerontologist)

(E) Report of Member of Examining Committee (Dr. Karl G. Seig, M.D., FAPA, MRO)

(F) Report of Member of Examining Committee (Dr. Delwin Pitzer, Psy.D.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission, if registered in the Electronic Case Filing System, otherwise by U.S. Mail: U.S. Trustee, Chapter 7 Trustee, Synchrony Bank, Walmart, County of Volusia, Synovus Bank, counsel for Trustee and creditor Susan Kolb, Esther McKean, this 5th day of July, 2018.

/s/ Anna Handy
_____
Anna Handy, Attorney for Debtor
Florida Bar No.: 0119532
Anna Handy Law Firm, P.A.
P.O. Box 730083
Ormond Beach, FL 32173
Telephone: 386-248-3000
Facsimile: 386-401-2511
anna.handy2015@gmail.com