UNITED STATES BANKRUPTCY COURT
GEORGE C. YOUNG FEDERAL COURTHOUSE
400 WEST WASHINGTON STREET, SUITE 5100
ORLANDO, FL 32801

In re:

                                  Case No. 6:17-bk-00294-KSJ

CATHERINE ECKLEY BENTLEY,          Chapter 7
Debtor.
_____

SUSAN KOLB, M.D.,                  Adv. No. 6:17-ap-00047-KSJ
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____

ROBERT E. THOMAS,               Adv. No. 6:17-ap-00048-KSJ
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____

SUSAN KOLB, M.D.,                  Adv. No. 6:17-ap-00119-KSJ
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____/

## DEFENDANT'S/DEBTOR'S WITNESS LIST

COMES NOW the Defendant/Debtor, CATHERINE ECKLEY BENTLEY, by and

through the undersigned attorney, and gives notice that at trial Defendant/Debtor intends to call

the following witnesses:

      Catherine Eckley Bentley – Debtor/Defendant
      1575 Ocean Shore Blvd., Unit 806
      Ormond Beach, FL 32176

Susan Kolb, M.D. – Plaintiff
c/o Akerman LLP
Post Office Box 231
Orlando, FL 32802-0231

Robert E. Thomas – Plaintiff
c/o Akerman LLP
Post Office Box 231
Orlando, FL 32802-0231

Gary R. Graybill – Debtor's Plenary Guardian
397 Limestone Rd
Carlisle, PA 17015
1575 Ocean Shore Blvd. Unit 806
Ormond Beach, Florida 32176

All witnesses listed by Plaintiffs

Any witness who may be called to deny, rebut or impeach any testimony or other evidence proffered by Defendant/Debtor in this consolidated matters set for trial.

Defendant/Debtor reserves the right to call any witnesses designated by any other party, rebuttal witnesses, as well as to amend or supplement this witness list.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission, if registered in the Electronic Case Filing System, otherwise by U.S. Mail: U.S. Trustee, Chapter 7 Trustee, Synchrony Bank, Walmart, County of Volusia, Synovus Bank, counsel for Trustee and creditor Susan Kolb, Esther McKean, this 5th day of July, 2018.

/s/ Anna Handy
_____
Anna Handy, Attorney for Debtor
Florida Bar No.: 0119532
Anna Handy Law Firm, P.A.
P.O. Box 730083
Ormond Beach, FL 32173
Telephone: 386-248-3000
Facsimile: 386-401-2511
anna.handy2015@gmail.com