UNITED STATES BANKRUPTCY COURT
GEORGE C. YOUNG FEDERAL COURTHOUSE
400 WEST WASHINGTON STREET, SUITE 5100
ORLANDO, FL 32801

In re:

CATHERINE ECKLEY BENTLEY,
Debtor.
_____

Case No. 6:17-bk-00294-KSJ
Chapter 7

SUSAN KOLB, M.D.,
Plaintiff,
v.
CATHERINE ECKLEY BENTLEY,
Defendant.
_____

Adv. No. 6:17-ap-00047-KSJ

ROBERT E. THOMAS,
Plaintiff,
v.
CATHERINE ECKLEY BENTLEY,
Defendant.
_____

Adv. No. 6:17-ap-00048-KSJ

SUSAN KOLB, M.D.,
Plaintiff,
v.
CATHERINE ECKLEY BENTLEY,
Defendant.
_____/

Adv. No. 6:17-ap-00119-KSJ

## NOTICE OF PARTIES' INABILITY TO REACH STIPULATIONS

COMES NOW Debtor, CATHERINE ECKLEY BENTLEY, through her undersigned counsel, and files this Notice of Parties' Inability to Reach Stipulations in this case, and states as follows:

1. It appears that the Court's initial impression that the parties' would not be able to reach stipulations was correct.

2. As demonstrated by the e-mail correspondence attached to this notice, parties attempted to, but were unable to reach stipulations as to the facts which would require no proof at trial and issues to be tried.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission, if registered in the Electronic Case Filing System, otherwise by U.S. Mail to all parties receiving electronic notifications by the CM/ECF system in the abovereferenced case and adversary proceedings.

/s/ Anna Handy
_____
Anna Handy, Attorney for Debtor
Florida Bar No.: 0119532
Anna Handy Law Firm, P.A.
P.O. Box 730083
Ormond Beach, FL 32173
Telephone: 386-248-3000
Facsimile: 386-401-2511
anna.handy2015@gmail.com



Anna Handy <anna.handy2015@gmail.com>

# In re Catherine Bentley / Case No. 6:17-bk-00294-KSJ
13 messages

**esther.mckean@akerman.com** <esther.mckean@akerman.com>  Thu, Jul 5, 2018 at 4:21 PM
To: anna.handy2015@gmail.com

Ms. Handy,

Attached is a proposed Joint Statement of Facts and Issues pursuant to the Court's Supplemental Order. If you have objections or revisions to the joint language please advise.

**Esther McKean**

Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801

D: 407 419 8583

esther.mckean@akerman.com

vCard | Profile



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

 **Statement of Facts and Issues.DOCX**
23K

**Anna Handy** <anna.handy2015@gmail.com>  Thu, Jul 12, 2018 at 8:21 AM
To: Esther McKean <esther.mckean@akerman.com>

Good-Morning:

Attached is my revised Statement of Facts and Issues.

[Quoted text hidden]

--
Sincerely,

Anna Handy, Attorney
Anna Handy Law Firm, P.A.
600 N. Clyde Morris Blvd.
Daytona Beach, FL 32114
Mailing Address:
P.O. Box 730083
Ormond Beach, FL 32173
phone: 386-248-3000
fax: 386-401-2511



📄 **Statement of Facts and Issues (revised).DOCX**
31K

---

**esther.mckean@akerman.com** <esther.mckean@akerman.com>    Thu, Jul 12, 2018 at 11:10 AM
To: anna.handy2015@gmail.com

Good morning,

So that I can attempt to understand your proposed revisions can you please advise on the reasons for striking the paragraphs in the draft I circulated.

**Esther McKean**

Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801

D: 407 419 8583

esther.mckean@akerman.com


**From:** Anna Handy <anna.handy2015@gmail.com>
**Sent:** Thursday, July 12, 2018 8:21 AM
**To:** McKean, Esther (Ptnr-Orl) <esther.mckean@akerman.com>
**Subject:** Re: In re Catherine Bentley / Case No. 6:17-bk-00294-KSJ

[Quoted text hidden]

**anna.handy2015@gmail.com** <anna.handy2015@gmail.com>  Thu, Jul 12, 2018 at 12:32 PM
To: esther.mckean@akerman.com

We can only stipulate to facts that are true, within our personal knowledge, or easily verifiable.

Anna Handy

[Quoted text hidden]

---

**Anna Handy** <anna.handy2015@gmail.com>  Fri, Jul 13, 2018 at 8:03 AM
To: Esther McKean <esther.mckean@akerman.com>

Good-Morning:

Let me know if you have any revisions to my revised stipulation of facts and issues. I'm in the office all day today if you would like to discuss it over the phone. You can call me at 386-248-3000.
[Quoted text hidden]

---

**esther.mckean@akerman.com** <esther.mckean@akerman.com>  Fri, Jul 13, 2018 at 9:53 AM
To: anna.handy2015@gmail.com

Good Morning,


It does not appear we are in agreement on even the filings that have occurred in the bankruptcy case and adversary proceedings as you have stricken those paragraphs. In addition, you have also stricken facts that are "true, within [debtor's] knowledge, or easily verifiable" and further supported by the filings in the case. Thus, I do not see that we can file a Joint Statement of Facts and Issues.


I renew my request to explain why you struck entire paragraphs with procedural and irrefutable facts.



**Esther McKean**

Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801

D: 407 419 8583

esther.mckean@akerman.com

---

From: anna.handy2015@gmail.com <anna.handy2015@gmail.com>
Sent: Thursday, July 12, 2018 12:33 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Anna Handy** <anna.handy2015@gmail.com>  Fri, Jul 13, 2018 at 11:18 AM
To: Esther McKean <esther.mckean@akerman.com>

Ms. McKean,

I apologize for not being very clear. I was referring to the actual factual stipulations you proposed, not jurisdictional and procedural matters.

I removed the jurisdictional paragraphs because the court order required us to stipulate to the <u>facts</u> to be admitted without proof at trial and jurisdictional matters are <u>not facts that require evidentiary proof at trial</u>, rather matters of law to be decided by the court. The bankruptcy filings also do not require evidentiary proof at trial because they are part of the bankruptcy record.

With respect to the actual facts you proposed to admit, I kept the ones I agree to stipulate to and removed those that are not true, not within my client's personal knowledge, and not easily verifiable. I also added some additional facts to stipulate to that are also relevant and not disputed based your own pleadings and discovery responses in this case.

Regarding issues, you did not have all issues to be tried based on your own pleadings. I caught that, and not to shortchange you, I added those you missed and also those issues raised by Debtor's defenses. If you intend of dismissing some claims against Debtor, let me know and we can remove them.

Obviously, our proposed stipulations share some common facts and common issues, so there is no reason why we cannot comply with the court order and file the stipulation, even if we cannot agree to everything. Let's file a stipulation as to what we agree.

Looking forward to hearing from you.

[Quoted text hidden]

---

**Anna Handy** <anna.handy2015@gmail.com>             Fri, Jul 13, 2018 at 12:58 PM
To: Esther McKean <esther.mckean@akerman.com>

Ms. McKean,

I took another look at the facts you propose to stipulate to and I have added some additional facts that my client can stipulate to - facts regarding the GA appellate decision; Cord's registration from 2005-2008; UCC statement filed in GA, and Ms. Bentley's move of the Cord from GA to FL. We cannot stipulate that the UCC statement was filed in Volusia County because I cannot find it in the UCC system. Perhaps if you can send it to me, we can stipulate to that fact as well. Let me know.

[Quoted text hidden]

---

**esther.mckean@akerman.com** <esther.mckean@akerman.com>            Fri, Jul 13, 2018 at 1:58 PM
To: anna.handy2015@gmail.com

Good afternoon,


The Volusia County recorded UCC is attached to the Complaint in adversary proceeding 17-ap-119 and found at Docket No. 1-6, reflecting Book 7137, Page 3360.




**Esther McKean**

Akerman LLP | [420 South Orange Avenue, Suite 1200 | Orlando, FL 32801](#)

D: 407 419 8583

[esther.mckean@akerman.com](#)


**From:** Anna Handy <[anna.handy2015@gmail.com](#)>
**Sent:** Friday, July 13, 2018 12:58 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Anna Handy** <anna.handy2015@gmail.com>  Fri, Jul 13, 2018 at 2:11 PM
To: Esther McKean <esther.mckean@akerman.com>

Thank you. I can stipulate that the UCC Financing Statement also was filed in Volusia County, Florida as well.
[Quoted text hidden]

---

**Anna Handy** <anna.handy2015@gmail.com>  Fri, Jul 13, 2018 at 3:49 PM
To: Esther McKean <esther.mckean@akerman.com>

Ms. Mckean:

I have not heard back from you as to your proposed revisions to the stipulation. Please let me know if I will be receiving it from you today.

[Quoted text hidden]

---

**esther.mckean@akerman.com** <esther.mckean@akerman.com>  Fri, Jul 13, 2018 at 4:23 PM
To: anna.handy2015@gmail.com

Good afternoon,

Attached is a revised Joint Statement of Facts.  Please advise if you are in agreement to the form of the revised Joint Statement of Facts.  If you are, please confirm I may add your electronic signature and I will e-file.

**Esther McKean**

Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801

D: 407 419 8583

esther.mckean@akerman.com

**From:** Anna Handy <anna.handy2015@gmail.com>
**Sent:** Friday, July 13, 2018 3:50 PM

[Quoted text hidden]

[Quoted text hidden]

 **Statement of Facts and Issues.DOCX**
22K

---

**Anna Handy** <anna.handy2015@gmail.com>  Fri, Jul 13, 2018 at 5:03 PM
To: Esther McKean <esther.mckean@akerman.com>

Ms. Mckean,

I am not in agreement to the form. This is the second time you are proposing a stipulation of facts which are are not entirely correct and rather one sided. I cannot understand why you refuse to stipulate to facts your clients actually admitted in admissions. Also, you have not told me which issues you disagree with. I have gone count by count and defense by defense to make sure all of them are there.